UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHENIA MARTIN,
    Plaintiff,

vs.                                           Case No.: 3:21cv810/MCR/ZCB

BEACHSIDE BINGO INC, et al.,
    Defendants.
_____/

### **ORDER**

The magistrate judge issued a Report and Recommendation on September 1, 2022. (Doc. 41). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 41) is adopted and incorporated by reference in this order.

2. The Clerk of Court is directed to correct the Clerk's Entry of Default (Doc. 38) to include the proper party—"5147 Dogwood Charitable Group, Inc. Irrevocable Trust" instead of "5147 Dogwood Charitable Group, Inc."

3. Plaintiff's Motion for Entry of Default Judgment against Defendants Dogwood Charitable Group, Inc. Irrevocable Trust and W.D. Bass & Company, P.A. (Doc. 39) is **GRANTED.**

4. The Clerk of Court is directed to enter final default judgment in favor of Plaintiff and against Defendants Dogwood Charitable Group, Inc. Irrevocable Trust and W.D. Bass & Company, P.A., jointly and severally, in the amount of $31,149.34 (representing $15,574.67 as unpaid wages and $15,574.67 as liquidated damages).

5. The case remains **STAYED** as to the remaining Defendants, and Plaintiff's status report on the bankruptcy proceedings for each Defendant remain due every 180 days according to Doc. 30.

**DONE AND ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**